## Palmer and others v. Mulligan and others.

THE court ruled that if a party neglect applying, in a former term, for all the costs he was entitled to on his then motion, he waives those for which he does not ask, and cannot, in a future term, make them the ground of a subsequent motion.

## Manhattan Company v. Lydig.

HOFFMAN moved for a struck jury, on an affidavit, stating the case to be intricate and important.

*Jones* contended that it was defective in not showing wherein the importance or intricacy consisted.

*Per Curiam.* In all these cases the court ought to see, from the facts laid before them, that the cause is either intricate or important, and not submit themselves to the opinion of the attorney. We want something beyond his mere affidavit. The words of the statute require this. If, indeed, there be no opposition, then the motion passes, as in other cases, of course ; because the opposite party by his conduct confesses these requisites.